IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| PAULA M. SEWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. CIV-12-946-L |
| | ) | |
| CAROLYN W. COLVIN,[1] Acting Commissioner, Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Plaintiff brings this action pursuant to 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of the Social Security Administration denying her application for disability insurance benefits and supplemental security income payments under the Social Security Act. Pursuant to 28 U.S.C. § 636(b), this matter was referred to the Honorable Suzanne Mitchell for initial decision. On May 15, 2013, Judge Mitchell issued her Report and Recommendation, recommending that the Commissioner's decision be reversed and that this matter be remanded for further proceedings.

The court file reflects that no party objected to the Report and Recommendation within the time limits prescribed. Having conducted a de novo review of this matter, the court finds that the Report and Recommendation should

---

[1] In accordance with Fed. R. Civ. P. 25(d), Carolyn W. Colvin is substituted for Michael J. Astrue as the defendant in this action.

be adopted in its entirety. The decision of the Commissioner is therefore REVERSED. This matter is REMANDED to the Commissioner for further proceedings. Judgment will issue accordingly.

It is so ordered this 10th day of June, 2013.

*Tim Leonard*
TIM LEONARD
United States District Judge